ESTATE OF ESTHER, INCORPORATED, a corporation of the State of New Jersey, complainant,

*v.*

VESLOR REALTY COMPANY, a corporation of the State of New Jersey, et al., defendants.

[Submitted May term, 1936. Decided October 2d, 1936.]

48

50

*Mr. Wallace P. Berkowitz,* for the petitioner-appellant.

*Mr. Abe A. Schultz,* for the assignee-respondent.

PER CURIAM.

We have carefully examined the petition and affidavits in this cause, and find that the refusal of the court of chancery to open a final decree in foreclosure was based upon the exercise of a sound discretion.

The order appealed from is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 14.

*For reversal*—None.